IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE HALL, ) | 4:04CV3275 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| TRENDWAY PLUMBING, INC., ) | |
| ) | |
| Defendant. ) | |

Plaintiff has filed a motion for Fed. R. Civ. P. 12(c) judgment on the pleadings. (Filing 10.) In response, Defendant filed a motion for leave to file an answer out of time. (Filing 13.) Plaintiff has now moved for an extension of time to respond to Defendant's motion for leave to answer, until June 2, 2005. (Filing 16.) I find that the motion for extension of time should be granted, and the date on which the motion for judgment on the pleadings is ripe for ruling should be extended until June 2, 2005.

IT IS ORDERED:

1. The motion in filing 16 is granted, and Plaintiff shall have until June 2, 2005, to respond to filing 13; and

2. The date on which the motion for judgment on the pleadings (filing 10) is ripe for ruling is extended to June 2, 2005.

DATED this 25th day of May, 2005.

BY THE COURT:

s/Richard G. Kopf
United States District Judge