IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE HALL, | ) | 4:04CV3275 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TRENDWAY PLUMBING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a motion for Fed. R. Civ. P. 12(c) judgment on the pleadings. (Filing 10.) The motion seeks judgment because Defendant failed to file a timely answer. Defendant was granted leave to file an answer out of time (filing 20), and has now done so (filing 22). I find that the motion for judgment on the pleadings should be denied.

IT IS ORDERED that Plaintiff's motion for judgment on the pleadings (filing 10) is denied.

DATED this 13th day of June, 2005.

BY THE COURT:

s/Richard G. Kopf
United States District Judge