IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE HALL, | ) | |
| | ) | |
| Plaintiff(s), | ) | 4:04CV3275 |
| | ) | |
| v. | ) | |
| | ) | |
| TRENDWAY PLUMBING INC., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 30, 2005, file their Report of Parties' Planning Conference.

DATED June 13, 2005.

/s/  David L. Piester
United States Magistrate Judge