```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

BRUCE HALL,                    )
                               )
            Plaintiff,         )         4:04CV3275
                               )
      v.                       )
                               )
TRENDWAY PLUMBING,             )         ORDER
                               )
            Defendant.         )
                               )

IT IS ORDERED:

The Plaintiff's motion to continue the planning conference, filing 28, is granted. The planning conference currently set for August 24, 2005 is continued to August 31, 2005 at 10:00 a.m. Plaintiff's counsel shall place the call.

DATED this 25th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge