IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3275 |
| | ) | |
| v. | ) | |
| | ) | |
| TRENDWAY PLUMBING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 31 be stricken from the record for the following reason(s):

- Incorrect Event Chosen by Filer

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 31 from the record. The party has re-filed the document.

DATED this 4th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge