IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3275 |
| | ) | |
| v. | ) | |
| | ) | |
| TRENDWAY PLUMBING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Numbers 40 & 41 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 40 & 41 from the record. The party is directed to re-file the documents.

DATED this 12th day of September, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge